MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150360)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile: (510) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-0190 CW |
|      Plaintiff, | ) | |
| v. | ) | STIPULATION TO RESCHEDULE SENTENCING HEARING; [~~PROPOSED~~] ORDER |
| MARIO ALBERTO RODRIGUEZ, | ) | |
|      Defendant. | ) | |

Plaintiff, by and through its attorney of record, and Defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

1.   Defendant is currently scheduled to appear before this Court on December 7, 2011, for imposition of judgment and sentence. The parties jointly request that this matter be continued to March 6, 2012, at 2:00 p.m.

2.   The parties require additional time to evaluate the facts of the case and prepare their respective sentencing memoranda as well as to provide the defense attorney the opportunity to gather and provide mitigating evidence to the court for sentencing, in this case with a non-binding plea agreement.

3.   The assigned United States Probation Officer is available on that date for sentencing.

DATED:  November 30, 2011                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney


                                             _____/s/_____
                                             CHRISTINA McCALL
                                             Assistant United States Attorney


                                             _____/s/_____
                                             LINDA FULLERTON
                                             Counsel for MARIO A. RODRIGUEZ


**[~~PROPOSED~~] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The currently scheduled December 7, 2011, sentencing hearing is hereby vacated and a

new sentencing hearing is hereby scheduled for 2:00 p.m. on March 6, 2012.


DATED: ___12/2/2011_____          _____
                                         CLAUDIA WILKEN
                                         United States District Judge

Stipulation To Reschedule Sentencing Hearing
CR 11-0190 CW                            2